UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-61109-CIV-DIMITROULEAS

LUIS CANCHO-DIEZ SCHREIBER,

      Plaintiff,

v.

COLUMBIA DEBT RECOVERY, LLC,
d/b/a GENESIS, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff Luis Cancho-Diez Schreiber's ("Plaintiff")

Motion for Default Judgment, [DE 12] and Motion for Reconsideration [DE. 13] and the July 2,

2026 Report and Recommendation entered by United States Magistrate Judge Patrick M. Hunt

[DE 65] (the "Report"). The Court notes that no objections to the Report [DE 65] have been

filed, and the time for filing such objections has passed. As no timely objections were filed, the

Magistrate Judge's factual findings in the Report [DE 65] are hereby adopted and deemed

incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert.*

*denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir.

1993).

   Although no timely objections were filed, the Court has conducted a *de novo* review of the

Report [DE 65] and record and is otherwise fully advised in the premises. The Court agrees with

the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 65] is hereby **ADOPTED** and **APPROVED**;

2.       Plaintiff's Motion for Default Judgment [DE. 12] is **DENIED**.

3.       Plaintiff's Motion for Reconsideration  [DE 13] is **DENIED.**

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

22nd day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record