UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-61109-CIV-DIMITROULEAS/HUNT

LUIS CANCHO-DIEZ SCHREIBER,

Plaintiff,

v.

COLUMBIA DEBT RECOVERY, LLC,
d/b/a GENESIS, et al.,

Defendants.

---

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court on Defendant Columbia Debt Recovery, LLC's Motion to Dismiss Plaintiff's Complaint [DE 28], filed herein on May 12, 2026, Defendants GREP Southeast LCC and Leah Douthit's Motion to Dismiss Plaintiff's First Amended Complaint [DE 33], filed herein on May 18, 2026, and the September 28, 2026 Report and Recommendation entered by United States Magistrate Judge Patrick Hunt [DE 70] (the "Report"). The Court notes that no objections to the Report [DE 70] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 70] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 70] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 70] is hereby **ADOPTED** and **APPROVED**;
2. Defendants' Motions to Dismiss [DEs 28, 33] are **GRANTED** on shotgun pleading grounds.
3. Plaintiff's First Amended Complaint [DE 1] is **DISMISSED without prejudice**.
4. Plaintiff is directed to file an Amended Complaint **on or before November 3, 2026.**
5. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 20th day of October, 2026.

William P. Dimitrouleas

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

**Luis Cancho-Diez Schreiber**
77 Hendricks Isle, Apt. 7
Fort Lauderdale, FL 33301
PRO SE